■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT CRAIG FENNELL, Appellant.—Judgment, Supreme Court, New York County, rendered June 13, 1977, convicting defendant and imposing sentence of 60 days' imprisonment plus five years' probation unanimously modified, on the law, to correct the sentence to one of 60 days' imprisonment plus 4 years' and 10 months' probation, and otherwise affirmed. (See Penal Law, § 60.01, subd 2, par [d]). Concur—Birns, J. P., Evans, Fein, Sullivan and Silverman, JJ.